IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS LASHAWN DAVIS, AIS 170984, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:23-CV-725-WKW ) [WO] |
| ALABAMA BUREAU OF PARDONS AND PAROLES, GABRELLE SIMMONS, LEIGH GWATHNEY, and DARRYL LITTLETON, | ) ) ) ) ) ) ) |
| Defendants. | ) |

# **ORDER**

Plaintiff Thomas Lashawn Davis, proceeding *pro se*, filed this Complaint on a form used by inmates for filing 42 U.S.C. § 1983 actions. His Complaint was docketed on December 15, 2023. (Doc. # 1.) In the Order granting Plaintiff *in forma pauperis* status and directing the submission of an initial partial filing, Plaintiff was instructed to report any change of address within ten days. Plaintiff was warned that his failure to report a change of address would result in dismissal of this action. (Doc. # 4 at 4.) The docket reflects that Plaintiff received a copy of that Order. (*See* Doc. # 6.)

Subsequently, the court discovered that Plaintiff was no longer at his last known address and ordered him on December 6, 2024, to provide a current address

by December 16, 2024, or show cause why his action should not be dismissed. (Doc. # 7.) Plaintiff did not respond to or comply with the December 6 Order.

Based on Plaintiff's failure to comply with the court's orders, on January 23, 2025, the Magistrate Judge filed a Recommendation for dismissal of this action without prejudice. (Doc. # 8.) The authority of courts to dismiss cases for failure to obey court orders is supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (*Id.* at 2.) Objections from Plaintiff were due by February 6, 2025; however, to date, no objections have been filed.

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 8) is ADOPTED; and

(2)   Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of March, 2025.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE